# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

LANCER PARTNERS, L.P.,

Plaintiff(s).

v.

TOTAL FILM GROUP, INC.,

Defendant(s).

SUMMONS IN A CIVIL ACTION

Case No.: _____

CIV-COHN

TO: TOTAL FILM GROUP, INC.
c/o Glenn Weisberger
21700 Oxnard Street, Suite 1050
Woodland Hills, CA 91367

MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY SUMMONED and required to serve upon

JEFFREY P. BAST, Esquire
Florida Bar No. 996343
HUNTON & WILLIAMS, LLP
1111 Brickell Avenue, 25th Floor
Miami, Florida 33131
Tel: (305) 810-2500
Fax: (305) 810-2460

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                           APR 15 2005
CLERK                                     DATE

BY DEPUTY CLERK

AO 440 (Rev 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                 Date

_____
Signature of Server

_____
Address of Server

AO 440 (Rev 10/93) Summons in a Civil Action

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

64036.000002 MIAMI 277817v1