AO 440 (Rev 10/93) Summons in a Civil Action

# United States District Court

### SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

LANCER PARTNERS, L.P.,

  Plaintiff(s),

                  V.

TOTAL FILM GROUP, INC.,

  Defendant(s).

## ALIAS SUMMONS IN A CIVIL ACTION

Case No.:  05-60590-CIV-MARRA



     TO:   **TOTAL FILM GROUP, INC.**
              **c/o Glenn Weisberger**
              **21700 Oxnard Street, Suite 1050**
              **Woodland Hills, CA  91367**

     **YOU ARE HEREBY SUMMONED** and required to serve upon

                    **JEFFREY P. BAST, Esquire**
                    Florida Bar No. 996343
                    HUNTON & WILLIAMS, LLP
                    1111 Brickell Avenue, 25th Floor
                    Miami, Florida  33131
                    Tel: (305) 810-2500
                    Fax: (305) 810-2460

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

AUG 1 1 2005

| CLERK | DATE |
|---|---|
|  |  |

BY DEPUTY CLERK