UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number 05-60590-CIV-MARRA

LANCER PARTNERS, L.P.,

                Plaintiff,

v.

TOTAL FILM GROUP, INC.,

                Defendant.
_____/

FILED by 2A D.C.
APR 27 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR RE-ISSUANCE OF SUMMONS AND FOR ENLARGEMENT OF TIME TO SERVE RE-ISSUED SUMMONS

THIS MATTER came before the Court upon the Plaintiff's Second Motion for Re-Issuance of Summons and for Enlargement of Time to Serve Re-Issued Summons (the "Motion") filed by Lancer Partners, L.P. ("Partners") pursuant to Federal Rule of Bankruptcy Procedure 7004(e) and Fed.R.Civ.P. 4(m) and 6(b) and Local Rule 7.1(A). The Court having reviewed the Motion and the entire file and finding good cause for the relief requested,

ORDERS AND ADJUDGES as follows:

1. The Motion is granted. [DE 9]

2. The Clerk of the Court is hereby order and directed to re-issue the Summons in this matter under Fed.R.Bankr.P. 7004(e).



3.  Partners is granted a sixty (60) day extension of time within which to serve the Summons and Amended Complaint upon the Defendant, such time to begin running after entry of this Order.

DONE AND ORDERED in the Southern District of Florida this 27th day of APRIL, 2006.

_____
United States District Judge

copies provided:
David E. Bane