UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT



May 3, 2006

United States Bankruptcy Court, Southern District of Florida
❑   Room 1517, 51 S.W. 1st Ave., Miami, FL 33130
❑   Room 410, 299 E. Broward Blvd., Ft. Lauderdale, FL 33301
❑   Room 202, 701 Clematis Street, West Palm Beach, FL 33401


**U.S.D.C. Case No.  05-60590-CV-MARRA**
U.S.B.C. Case No(s).

RE:   Lancer Partners v Total Film Group


Dear Sir:

Enclosed you will find a copy of the final order/judgment regarding the above bankruptcy matter that has been entered in the District Court.

Also, you may find enclosed original documents being returned to your Court in the above referenced case. Please acknowledge receipt of the above on the enclosed copy of this letter.


CLARENCE MADDOX
Clerk of Court

by: _____
    Sheila Gonzalez
    Deputy Clerk

Encl.



---

| ❑301 N. Miami Avenue | ❑299 E. Broward Boulevard | ❑701 Clematis Street | ❑301 Simonton Street | ❑300 South Sixth Street |
| Room 150 | Room 108 | Room 402 | Room 130 | Ft. Pierce, FL 34950 |
| Miami, FL 33128-7788 | Ft. Lauderdale, FL 33301 | W. Palm Beach, FL 33401 | Key West, FL 33040 | (772) 595-9691 |
| (305) 523-5100 | (954) 769-5400 | (561) 803-3400 | (305) 295-8100 | |